```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

| | |
|---|---|
| CHERRY ANDREWS, | * |
| Plaintiff, | * |
| vs. | * |
| |     CASE NO. 4:18-CV-16 (CDL) |
| KOCH FOODS OF PINE MOUNTAIN VALLEY, LLC, | * |
| | * |
| Defendant. | * |
| | * |

## J U D G M E N T

On October 3, 2019, the jury returned a verdict in favor of the Plaintiff and against the Defendant on Plaintiff's Title VII Pregnancy Discrimination Act termination claim and awarded Plaintiff total damages of $15,000. Accordingly, judgment is entered in favor of Plaintiff Cherry Andrews and against Defendant Koch Foods of Pine Mountain Valley, LLC in the amount of $15,000.00. Plaintiff shall also recover her costs and post-judgment interest on the judgment at the per annum rate of 1.79%. Plaintiff shall file any motion for attorney's fees and litigation expenses pursuant to applicable law.

IT IS SO ORDERED, this 4th day of October, 2019.

                                           S/Clay D. Land
                                           CLAY D. LAND
                                           CHIEF U.S. DISTRICT COURT JUDGE
                                           MIDDLE DISTRICT OF GEORGIA